FILED'08 JUN 17 11:18 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JUSTIN WILLIAMS,

        Petitioner,

v.                                  Civil No.: 08-543-TC

JEFF E. THOMAS,

        Respondent.

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on May 13, 2008, to submit the requisite filing fee, or to file an application to proceed in forma pauperis within 30 days of this court's order. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: June 17, 2008..

_____
United States Magistrate Judge